IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARK WREN                                                                                       PLAINTIFF

v.                                       Case No. 4:19-cv-04020

FARMERS INSURANCE COMPANY, INC.                                          DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion to Dismiss with Prejudice. ECF No. 7. In the instant motion, Plaintiff moves for dismissal of this case with prejudice, stating that all the issues involved in the present litigation have been resolved. Upon consideration, the Court finds that the instant motion should be and hereby is **GRANTED**. Therefore, this matter is hereby **DISMISSED WITH PREJUDICE** with each party to bear their own costs.

**IT IS SO ORDERED**, this 25th day of April, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge